# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Owen D. Leavitt,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:18-cv-00175-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **J. James,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2019 Order.

April 2, 2019

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court